# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DAVID PLANAMENTO | : | No. 362 EAL 2016 |
| | : | |
| | : | |
| v. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Commonwealth |
| | : | Court |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (U.S. AIRWAYS) | : | |
| | : | |
| | : | |
| PETITION OF:  U.S. AIRWAYS | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 14th day of December, 2016, the Cross Petition for Allowance of Appeal and the Application for Supersedeas are **DENIED**.